UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re: ) Case No. 3:09-bk-10010-PMG

KELLY EVANS STYER and ) Chapter 7
JAMES HUGH STYER,
)
Debtors.
)

## ORDER GRANTING TRUSTEE'S MOTION TO EXTEND TIME FOR TRUSTEE TO FILE COMPLAINT OBJECTING TO DEBTORS' DISCHARGE

This case is before the Court upon the Trustee's Motion to Extend Time for Trustee to File Complaint Objecting to Debtors' Discharge. Upon the written consent of the Debtors, it is

**ORDERED:**

1. The Motion is granted.

2. The time for Trustee to file a complaint objecting to Debtors' discharge shall be extended to and including April 23, 2010.

DATED March 24, 2010 at Jacksonville, Florida.

Paul M. Glenn
Chief United States Bankruptcy Judge

Copies furnished to:

Kelly Evans Styer
6305 Maney Drive South
Jacksonville, FL 32216

James Hugh Styer
6305 Maney Drive South
Jacksonville, FL 32216

Joshua J Tejes
LaBella Law, P.L.
1665 Kingsley Avenue Suite 108
Orange Park, FL 32073

Robert Altman, Trustee
PO Box 922
Palatka, FL 32178-0922

Gordon P. Jones, Trustee
P O Box 600459
Jacksonville, FL 32260-0459

Raymond R. Magley
Meghan R. Applegate
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

United States Trustee - JAX7
135 W Central Blvd Suite 620
Orlando, FL 32801

00696676